# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ROMO-JIMENEZ,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br><br>Respondent. | Case No. 1:13-cv-2081-AWI-SAB<br><br>ORDER REFERRING ACTION TO MAGISTRATE JUDGE FOR EVIDENTIARY HEARING |

Following a Board of Immigration Appeals ("BIA") decision to deny derivative citizenship through his mother, Petitioner filed a petition for review of the BIA decision with the United States Court of Appeals for the Ninth Circuit on November 30, 2011. Romo-Jimenez v. Eric H. Holder Jr., No. 11-73647 (9th Cir.) On August 27, 2013, the Ninth Circuit filed a memorandum and order transferring this action to the United States District Court for the Northern District of California for an evidentiary hearing to determine Petitioner's legal custody during the time period at issue. On December 14, 2013, pursuant to the stipulation of the parties, the action was transferred to the Eastern District of California.

///
///
///

1   This action is HEREBY REFERRED to Magistrate Judge Stanley A. Boone to conduct
2   the evidentiary hearing and for entry of Findings and Recommendations pursuant to 28 U.S.C. §
3   636(b)(1)(B) and Local Rule 304(a).

IT IS SO ORDERED.

Dated: __January 8, 2014__       _____
                                  SENIOR DISTRICT JUDGE