ERIC H. HOLDER, Jr.
United States Attorney General
STUART F. DELERY
Assistant Attorney General, Civil Division

AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California

SHELLEY R. GOAD
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
KATHARINE E. CLARK
NANCY K. CANTER
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9132
Email: nancy.k.canter@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ROMO JIMENEZ, | ) |
| Plaintiff, | ) Case No.: 1:13-cv-2081 AWI SAB |
| v. | ) **Joint Stipulation and Order re: Discovery of Juvenile Records** |
| Eric H. Holder, Jr., et al., | ) |
| Defendants. | ) |

The government has requested discovery from Plaintiff Miguel Angel Romo Jimenez, specifically, his juvenile court records.  Counsel for Mr. Romo believes that disclosure of juvenile court records in discovery absent a court order is prohibited by California Welfare & Institution Code §§827-828.  Counsel for Mr. Romo does not object to this proposed order

1

permitting Mr. Romo to disclose juvenile records for Mr. Romo to government's counsel for purposes of this litigation.

Accordingly, the parties stipulate that this Court order Plaintiff to disclose the juvenile records for the purposes of this litigation. These documents will be subject to the protective order already in place. ECF No. 26.

Dated: March 6, 2014                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant U.S. Attorney


DATED: March 6, 2014                    Respectfully submitted,
                                        /s/ John Balazs
                                        John Balazs
                                        Attorney for the Plaintiff


ORDER

Pursuant to the joint stipulation, the Court orders Plaintiff to produce his juvenile court records to the government in response to the government's discovery request.

IT IS SO ORDERED.

Dated:   **March 6, 2014**              _____
                                        UNITED STATES MAGISTRATE JUDGE