1 ERIC H. HOLDER, Jr.
  United States Attorney General
2
3 STUART F. DELERY
  Assistant Attorney General, Civil Division
4 AUDREY B. HEMESATH
  Assistant United States Attorney
5 Eastern District of California

6 SHELLEY R. GOAD
  Assistant Director
7 U.S. Department of Justice, Civil Division
  Office of Immigration Litigation
8
  KATHARINE E. CLARK
9 Senior Litigation Counsel

10 NANCY K. CANTER
   Trial Attorney
11 P.O. Box 878
   Ben Franklin Station
12 Washington, DC 20044
   Telephone: (202) 616-9132
13 Email: nancy.k.canter@usdoj.gov

14

15 Attorneys for Defendants

16            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
17
18 MIGUEL ANGEL ROMO-JIMENEZ,          )
                                       )  Case No.: 1:13-cv-02081-AWI-SAB
19            Plaintiff,               )
                                       )  **NOTICE OF REQUEST TO SEAL**
20      v.                             )  **DOCUMENTS**
                                       )
21 ERIC H. HOLDER, JR.,                )
                                       )
22                                     )
                                       )
23            Defendant.               )
                                       )
24                                     )
_____    )
25
26        Pursuant to Local Rule 141, Plaintiff Miguel Angel Romo-Jimenez and Defendant Eric

27 H. Holder, Jr. (collectively, the "Parties"), respectfully request that the Court accept for filing

28 under seal the following three documents: Petitioner's Prehearing Brief, Pre-Trial Brief for

                                        1

Defendant, and Joint Exhibit List, which were submitted in paper copy to the Clerk's Office for the Eastern District of California on Friday, April 25, 2014.  The Parties submit that these documents contain information protected from disclosure by the Privacy Act of 1974, 5 U.S.C. § 552a, as amended.  These documents also contain information which the Parties believe to be subject to redaction under Local Rule 140.

On April 25, 2014, these documents were also submitted electronically to the Court via the Courtroom Deputy for Magistrate Judge Boone and the documents were also served, electronically, on all parties.  The total number of requested pages that the Parties request to be filed under seal is as follows: Petitioner's Prehearing Brief, 10 pages; Pre-Trial Brief for Defendant, 13 pages; Joint Exhibit List, 4 pages.  The Parties respectfully request that the documents remain sealed pursuant to the Court's February 7, 2014 Order on Joint Stipulation for Protective Order and that following the conclusion of litigation, the documents be returned or destroyed as required under Section 11 of the Protective Order.


DATED: April 29, 2014                     Respectfully submitted,


                                          /s/ Nancy K. Canter
                                          NANCY K. CANTER
                                          Attorney for the Defendant


DATED: April 29, 2014                     Respectfully submitted,
                                          /s/ John Balazs
                                          JOHN BALAZS
                                          Attorney for the Plaintiff

1

<u>ORDER</u>

2

3

IT IS SO ORDERED.

4

Dated:   **April 29, 2014**

5

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28