JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Petitioner
MIGUEL ANGEL ROMO-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ROMO-JIMENEZ,<br><br>             Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, JR.,<br><br>             Respondent. | Case No.: 1:13-cv-02081-AWI-SAB<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL** |

     Pursuant to Local Rule 141, Plaintiff Miguel Angel Romo-Jimenez and Defendant Eric H. Holder, Jr. (collectively, the "Parties"), respectfully request that the Court accept for filing under seal the following document: Opening Merits Brief of Petitioner.  The Parties submit that this document contains information protected from disclosure by the Privacy Act of 1974, 5 U.S.C. § 552a, as amended.

     On May 9, 2014, this 15-page brief was submitted electronically to the Court via the Courtroom Deputy for Magistrate Judge Boone and the document was also served via email on all parties.  The Parties respectfully request that the document remain sealed pursuant to the Court's February 7, 2014 Order on Joint Stipulation for Protective Order and that following the

1

conclusion of litigation, the document be returned or destroyed as required under Section 11 of the Protective Order.

DATED: May 12, 2014                    Respectfully submitted,

                                          /s/ Nancy K. Canter
                                          NANCY K. CANTER
                                          Attorney for the Defendant

DATED: May 12, 2014                    Respectfully submitted,

                                          /s/ John Balazs
                                          JOHN BALAZS
                                          Attorney for the Plaintiff

**ORDER**

     Based on the stipulation of the parties, the Court finds good cause to seal Petitioners brief and HEREBY GRANTS the request to file documents under seal.

IT IS SO ORDERED.

   Dated: **May 12, 2014**                    _____
                                                        UNITED STATES MAGISTRATE JUDGE