UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ROMO-JIMENEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC H. HOLDER, JR.,<br><br>        Defendant. | Case No.: 1:13-cv-02081-AWI-SAB<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

On May 14, 2014 Plaintiff filed a request to file an opposition to Plaintiff's brief under seal pursuant to Local Rule 141.  The Court finds good cause to seal Plaintiff's opposition and HEREBY GRANTS the request to file documents under seal.

IT IS SO ORDERED.

Dated:   **May 23, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1