UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ROMO-JIMENEZ,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>ERIC H. HOLDER, JR.,<br><br>　　　　　　　Respondent. | Case No.: 1:13-cv-02081-AWI-SAB<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENT UNDER SEAL<br><br>(ECF No. 43) |

    On May 27, 2014, Petitioner filed a request to file a reply brief under seal pursuant to Local Rule 141. The Court finds good cause to seal Petitioners reply and HEREBY GRANTS the request to file documents under seal.

IT IS SO ORDERED.

Dated: **May 27, 2014**

                                    UNITED STATES MAGISTRATE JUDGE

1