John Balazs, SBN: 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
Email: John@balazslaw.com

Attorney for Petitioner
MIGUEL ANGEL ROMO-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ROMO-JIMENEZ,<br><br>    Petitioner,<br><br>v.<br><br>ERIC H. HOLDER JR.,<br><br>    Respondent. | Case No.  1:13-CR-2081-AWI-SAB<br><br>**STIPULATION AND  ORDER EXTENDING TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

    Petitioner, Miguel Angel Romo-Jimenez, through his undersigned counsel and the United States though its undersigned counsel hereby stipulate and request a three week extension of time within which to file objections to the Findings and Recommendations (doc. 47) filed June 18, 2014 from the current due date, Wednesday, July 2, 2014, to Wednesday, July 23, 2014.

    A continuance is necessary due to the fact that petitioner's attorney will be out of the country for the remainder of June.

    For the above stated reason, the parties stipulate and request that the date by which objections must be filed be extended three weeks to Wednesday, July 23, 2014.

Dated: July 19, 2014                                Respectfully submitted,

                                                            /s/ John Balazs for
                                                            NANCY K. CANTER
                                                            Attorney for respondent

Dated: July 19, 2014　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ John Balazs
　　　　　　　　　　　　　　　　　　　　　　JOHN BALAZS
　　　　　　　　　　　　　　　　　　　　　　Attorney for petitioner


## **ORDER**

IT IS ORDERED that the date by which to file objections to the Findings and Recommendations filed June 18, 2014 is extended three weeks to Wednesday, July 23, 2014.

IT IS SO ORDERED.

Dated: __June 21, 2014__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

2