ERIC H. HOLDER, Jr.
United States Attorney General

STUART F. DELERY
Assistant Attorney General, Civil Division

AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California

SHELLEY R. GOAD
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

KATHARINE E. CLARK
Senior Litigation Counsel

NANCY K. CANTER
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9132
Email: nancy.k.canter@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL ROMO-JIMENEZ,

Plaintiff,

v.

ERIC H. HOLDER, JR.,

Defendant.

Case No.: 1:13-cv-02081-AWI-SAB

**NOTICE OF REQUEST TO SEAL DOCUMENTS AND ORDER THEREON**

Pursuant to Local Rule 141, Defendant Eric H. Holder, Jr. respectfully requests that the Court accept for filing under seal Defendant's Responses to Plaintiff's Objections to Magistrate Judge's Findings and Recommendations. Defendant submits that this document contains

information protected from disclosure by the Privacy Act of 1974, 5 U.S.C. § 552a, as amended. This document also contains information which the Parties believe to be subject to redaction under Local Rule 140.

On August 1, 2014, Defendant's Responses to Plaintiff's Objections to Magistrate Judge's Findings and Recommendations was submitted electronically to the Court and the document was also served, electronically, on all parties. The total number of requested pages that the Defendant requests to be filed under seal is 12 pages. Defendant respectfully requests that the documents remain sealed pursuant to the Court's February 7, 2014 Order on Joint Stipulation for Protective Order and that following the conclusion of litigation, the documents be returned or destroyed as required under Section 11 of the Protective Order.

DATED: August 1, 2014

Respectfully submitted,

/s/ Nancy K. Canter
NANCY K. CANTER
Attorney for the Defendant

ORDER

IT IS SO ORDERED.

Dated: August 1, 2014

SENIOR DISTRICT JUDGE